UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERION COLLINS, ) | Case No. CV 16-8265 R(JC) |
| ) | |
| Petitioner, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | |
| W.L. MONTGOMERY, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 15, 2016

_____

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE